ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | X | |
| --- | --- | --- |
| | X | CRIMINAL NO. 3:14-CR-00210-D |
| V. | X | |
| VICTOR ANDERSON (8) | X | |

MEMO BRIEF

The appeal of a Detention Order by the Magistriate Judge

Is a denovo appeal to the District Court.

JAMES G. JAMISON
529 W. TWELFTH ST.
DALLAS, TEXAS 75208
PHONE 214-941-5700
BAR CARD #10562600